**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF ABATEMENT

Appellate case name:     Jared Patton Roark v. The State of Texas

Appellate case number:   01-19-00428-CR

Trial court case number: C-1-CR-16-216594

Trial court:             County Court at Law No. 7 of Travis County

The Clerk of the Court has examined the clerk's record filed in this appeal and found that the clerk's record does not include a copy of the trial court's certification of appellant's right of appeal. *See* TEX. R. APP. P. 25.2(a)(2), 34.5(a)(12). 37.1. An appeal must be dismissed if a certification showing that the defendant has the right of appeal is not part of the record. TEX. R. APP. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610, 613 (Tex. Crim. App. 2005). However, the Texas Rules of Appellate Procedure prohibit us from dismissing an appeal based on the lack of a valid certification when we determine that an appellant may have a right of appeal. *See id.* 25.2(f), 34.5(c)(2), 37.1, 44.4.

Accordingly, we abate the appeal and remand the case to the trial court for the trial court to prepare and execute a Certification of Appellant's Right to Appeal that complies with Texas Rule of Appellate Procedure 25.2(d). *See* TEX. R. APP. P. 25.2(d), 37.1, 44.4. The trial court clerk is directed to file a supplemental clerk's record containing the certification of appellant's right of appeal no later than 30 days from the date of this order. *See* TEX. R. APP. P. 34.5(c)(2).

The appeal is abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.


Judge's signature:_/s/ Russell Lloyd_____
                     ☑ Acting individually    ☐ Acting for the Court

Date: ___June 20, 2019__